ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572

*Attorneys for Countrywide Home Loans, Inc.,
Recontrust Company and Mortgage Electronic
Registration Systems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FILBERT AQUINO and CYNTHIA AQUINO<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.; RECONSTRUCT COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:09-cv-02111-PMP-PAL<br><br>**[Proposed]**<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants Countrywide Home Loans, Inc., Recontrust Company and Mortgage Electronic Registration Systems, Inc.'s ("Defendants") Motion to Dismiss on December 12, 2009 [Dkt. No. 7].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiffs Filbert Aquino and Cynthia Aquino ("Plaintiffs") be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about September 23, 2009, in Book No. 20090923 as Instrument No. 0003496 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto and fully incorporated by reference.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

{LV003481;1}                                                                 1

1.   IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated : __ July 1, 2010 _____

Submitted by:

**AKERMAN SENTERFITT LLP**


 /s/ Ariel E. Stern          _
ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Countrywide Home Loans, Inc.,*
*Recontrust Company and*
*Mortgage Electronic Registration Systems, Inc.*

Inst#:200909230003496 Fees:$17.00 N/C Fee:$0.00 09/23/2009 03:11:20 PM
Receipt#:68161 Requestor: LAW OFFICES OF MARILEE A RYAN LLC Recorded By:CYV
Pgs:4 DEBBIE CONWAY CLARK COUNTY RECORDER

Case 2:09-cv-02111-PMP-PAL Document 10 Filed 07/01/10 Page 3 of 6

APN# 179-31-215-048

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Pendency of Action

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

④

**Recording Requested By:**
Marilee A. Ryan, Esq.

**Return Documents To:**
Name Law Offices of Marilee A. Ryan, LLC
Address 6130 Elton Ave, Suite 115
City/State/Zip Las Vegas, NV 89107

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf – 06/06/07

| | |
|---|---|
| 1 | RECORDING REQUESTED by Attorney for Plaintiff, Marilee A. Ryan, Esq. and when |
| 2 | RECORDED MAIL TO: |
| 3 | LAW OFFICES OF MARILEE A. RYAN, LLC |
| | 6130 Elton Avenue, Suite 115 |
| 4 | Las Vegas, Nevada 89107 |
| | *Attorney for Plaintiff* |

**FILED**

**SEP 23 2009**

CLERK OF COURT

Space above this line for Recorder's Use

DISTRICT COURT

CLARK COUNTY, NEVADA

FILBERT AQUINO AND CYNTIA AQUINO

Case No. 09 599920

Dept:

Plaintiffs,

**NOTICE OF PENDENCY OF ACTION**

**NRS 14010 Et, Seq.**

v.

COUNTRYWIDE HOME LOANS, INC.;, RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, and DOES I-X,

Defendants.

---

NOTICE OF PENDENCY OF ACTION

Notice is given that the above-entitled action was filed in the above entitled court on September 23, 2009 by FILBERT AQUINO AND CYNTIA AQUINO, Plaintiffs by and through their attorney of record, Law Offices of Marilee A. Ryan, LLC against COUNTRYWIDE HOME LOANS, INC.; RECONSTRUST COMPANY; MORTGAGE

- 1 -
NOTICE OF PENDENCY OF ACTION

ELECTRONIC REGISTRATIONS SYSTEM; and DOES I-X, inclusive, Defendants. The action affects the title to a specific parcel of Real Property and the right to lawful possession of the same, the property location is located at 1068 Swinford CT Henderson, Nevada 89015 and more particularly described as:

**Parcel I**: LOT FORTY-EIGHT (48) IN BLOCK ONE (1) OF LAUREL HILLS SUBDIVISION (ALSO KNOWN AS PARADISE HILLS – UNIT 1). AS SHOWN BY MAP THEREOF ON FILE IN BOOK 122 OF PLATS, PAGE 38 IN THE OFFICE OF THE COUNTRY RECORDER OF CLARK COUNTY, NEVADA.

**Parcel II:** TOGETHER WITH AN UNDIVIDED INTEREST FOR PEDESTRIAN AND VEHICULAR TRAFFIC OVER AND ACROSS SUCH DRIVEWAYS AND PARKING AREAS UPON THE COMMON ELEMENTS FOR THE BENEFIT OF UNIT OWNERS, RESIDENTS AND THEIR GUESTS, FAMILIES, TENANTS AND INVITEES.

And which is identified in the complaint in this action. The property affected by the action is located in the County of Clark, Nevada. The nature of the claims are (i) Defendants are not Holders in Due Course (ii) Defendants Lack Standing to Conduct Non-Judicial Foreclosure; (iii) Defendants Lack Standing to Enforce a Non-Judicial Foreclosure; (iv) Fraudulent Misrepresentation; (v) Fraudulent Concealment; (vi) Usury and Fraud; (vii) Unconsionability; (viii) Unjust Enrichment and Civil Conspiracy; (ix) Quiet Title.

Dated: September 23, 2009

/s/ Marilee Ryan

MARILEE A. RYAN, ESQ.
Nevada Bar No. 7502
Law Offices of Marilee A. Ryan, LLC
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

## ACKNOWLEDGMENT

Before me a notary public in and for the County of Clark, State of Nevada personally appeared; **MARILEE A. RYAN, ESQ.** who upon satisfactory proof shown to me established that she was the party who signed the foregoing complaint.

Dated this September 23, 2009



_____
Notary Public in and for said County and State

- 24 -
COMPLAINT